1  Matt Valenti, Esq. (State Bar No. 253978)
2  E-mail: mattvalenti@valentilawapc.com
   VALENTI LAW APC
3  5252 Balboa Avenue, Suite 700
4  San Diego, CA 92117
   Phone: (619) 540-2189
5
6  Attorney for Plaintiff Raul Uriarte-Limon

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL URIARTE-LIMON, | Case No.: 3:23-cv-02023-TWR-BGS |
| Plaintiff, | NOTICE OF SETTLEMENT |
| vs. | |
| VETCOR OF SEQUOIA LLC, a Delaware limited liability company; BRANDON T. KEITH, an individual; and DOES 1-10, | |
| Defendants. | |

1
2
3
4
5
6
7

   Plaintiff RAUL URIARTE-LIMON hereby notifies the court that a global settlement has been reached in the above-captioned case and the parties would like to avoid any additional expense and further the interests of judicial economy. Plaintiff therefore applies to this Honorable Court to vacate all currently set dates with the expectation that Plaintiff will file a Notice of Dismissal with prejudice as to all parties pursuant to F.R.Civ.P. 41(a)(1)(A)(i) within 60 days.

8
9

Respectfully submitted,

10 DATED:  February 26, 2024					VALENTI LAW APC

11
12
13
14
15

						By:	*/s/ Matt Valenti*
							Matt Valenti, Esq.
							Attorney for Plaintiff
							Raul Uriarte-Limon

16
17
18
19
20
21
22
23
24
25
26
27
28