UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL URIARTE-LIMON,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>VETCOR OF SEQUOIA LLC, a Delaware limited liability company; BRANDON T. KEITH, an individual; and DOES 1-10,<br><br>　　　　　　　　　　Defendant. | Case No.: 23-CV-2023 TWR (BGS)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>(ECF No. 9) |

　　Presently before the Court is Plaintiff Raul Uriarte-Limon's Notice of Voluntary Dismissal pursuant to Fed Rule Civ. Prov. 41(a)(1)(A)(i).  ("Not.," ECF No. 9.)  Good cause appearing, the Court hereby **DISMISSES WITH PREJUDICE** this action in its entirety, with each party to bear its own attorneys' fees and costs. The Clerk of Court **SHALL CLOSE** the file.

　　**IT IS SO ORDERED.**

Dated: April 17, 2024

_____
Honorable Todd W. Robinson
United States District Judge